1  SCOTT SCHOOLS
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

FILED

SEP 0 4 2007

NORTHERN ... COURT
... OF CALIFORNIA
SAN JOSE

5           UNITED STATES DISTRICT COURT
6           NORTHERN DISTRICT OF CALIFORNIA
7                  SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,          )    CRIMINAL NO. CR07-70515PVT
9           Plaintiff,                 )
                                       )    NOTICE OF PROCEEDINGS ON
10         v.                          )    OUT-OF-DISTRICT CRIMINAL
                                       )    CHARGES PURSUANT TO RULES
11  Christian J. Urquico               )    5(c)(2) AND (3) OF THE FEDERAL RULES
12          Defendant.                 )    OF CRIMINAL PROCEDURE
                                       )
13                                     )
14  ─────────────────────────

15      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
    Procedure that on August 31, 2007, the above-named defendant was arrested based upon an
16  arrest warrant (copy attached) issued upon an

17      ☒ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____
18  pending in the _____ District of Guam, Case Number 07-00085.
19      In that case, the defendant is charged with a violation(s) of Title(s) 21 United States Code,
20  Section(s) 841(a)(1)
21  Description of Charges: Possession with Intent to Distribute MDMA
22

23                                          Respectfully Submitted,
24                                          SCOTT SCHOOLS
                                            UNITED STATES ATTORNEY
25  Date: 9/4/07
26                                          _____
                                            Assistant U.S. Attorney
27
28

1

# UNITED STATES DISTRICT COURT

District of _____ Guam _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| CHRISTIAN J. URQUICO | Case Number: CR-07-00085 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Christian J. Urquico _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Possession of MDMA HCL With Intent to Distribute

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

| Walter M. Tenorio | _[signature]_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 8/29/2007     Hagatna, Guam |
| Title of Issuing Officer | Date          Location |

RECEIVED
AUG 2 2007
US MARSHALS SERVICE-GUAM

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

ORIGINAL

```
 1  Urquico.Ind
 2  LEONARDO M. RAPADAS
    United States Attorney
 3  KARON V. JOHNSON
    Assistant U.S. Attorney                         FILED
 4  Sirena Plaza Suite 500                   DISTRICT COURT OF GUAM
    108 Hernan Cortez Avenue
 5  Hagatna, Guam  96910                         AUG 2 9 2007
    Telephone:  (671) 472-7332
 6  Telecopier: (671) 472-7334                   JEANNE G. QUINATA
                                                   Clerk of Court
 7  Attorneys for United States of America
 8
 9            IN THE UNITED STATES DISTRICT COURT
10               FOR THE TERRITORY OF GUAM
11                                                 07-00085
12  UNITED STATES OF AMERICA,    )   CRIMINAL CASE NO. _____
                                 )
13               Plaintiff,      )   INDICTMENT
                                 )
14        v.                     )   POSSESSION OF MDMA HCL
                                 )   WITH INTENT TO DISTRIBUTE
15  CHRISTIAN J. URQUICO,        )   [21 U.S.C. § 841(a)(1)]
                                 )
16               Defendant.      )
                                 )
17
18  THE GRAND JURY CHARGES:
19
20        On or about July 28, 2006, in the District of Guam, the defendant herein, CHRISTIAN J.
21  URQUICO, did unlawfully and knowingly possess with intent to distribute approximately
22  //
23  //
24  //
25  //
26  //
27  //
28
```

1 | 31.7309 grams net weight of methylenedioxymethamphetamine hydrochloride ("Ecstasy"), a
2 | Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).
3 |     Dated this 29th day of August, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney