AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA v. Christian J. Urquico | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | CR07-70515 PVT | |

**FILED**
SEP - 4 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  21  U.S.C. § 841(a)(1)

DISTRICT OF OFFENSE  District of Guam

DESCRIPTION OF CHARGES:  Possession of MDMA HCL with Intent to Distribute

CURRENT BOND STATUS:
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

Representation:  ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None
Interpreter Required?  ☒ No   ☐ Yes   Language:

## NORTHERN DISTRICT OF CALIFORNIA
TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/4/07
Date                    United States Judge or Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |