**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

Sept 5, 2007

FILED
2007 SEP 25  P 4: 09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J.

**Office of the Clerk-USDC**
**Pacific News Building, Sixth Floor**
**238 Archbishop Flores Street,**
**Agana, Guam 96910**

Case Name:     **US-v-Christian J. Urquico**
Case Number:   **5-70515-PVT(Your Case#CR-07-00085)**
Charges:       21:841(A)(1)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant
     to your district forthwith.
( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:
          original Rule 5 affidavit
          original minute orders
   certified copy of *AO 94, Commitment to Another District*
          Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escalano_
     Case Systems Administrator

RECEIVED
SEP 14 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
     Deputy Clerk